THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN SANTANA, Appellant.

Submitted December 12, 2005; decided December 15, 2005

734

Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.